UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JONATHAN WAYNE MUNDO,

Plaintiff,

v.

OLSON, et al.,

Defendants.

Case No. 3:26-cv-00528-ART-CLB

ORDER

Plaintiff Jonathan Wayne Mundo has filed a motion requesting that this case be dismissed without prejudice so that he can refile the case after he has exhausted his administrative remedies. (ECF No. 6). Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Because no answer or motion for summary judgement has been filed, the Court grants the motion.

For the foregoing reasons, it is ordered that Plaintiff's motion for voluntary dismissal (ECF No. 6) is granted.

It is further ordered that this action is dismissed in its entirety without prejudice.

The Clerk of the Court is directed to enter judgment accordingly.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is denied as moot.

DATED THIS 24th day of September 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE